McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Mar 25, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

A. The residence located at **3161 36th Avenue, Sacramento, California;**

B. The person of **Roberto Daniel Gonzalez GOMEZ,** DOB: **-**-1996, California Driver's License #****7653;

C. Cellular telephone **(916) 584-6644** used by **Roberto Daniel Gonzalez GOMEZ,** and any cellular telephone located on his person or under his control;

D. **The 2017 Nissan Sedan,** California **License Plate #8NAX194**

CASE NO. 2:20-sw-0283 EFB

SEALING ORDER

<u>UNDER SEAL</u>

**SEALING ORDER**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 3-25-2020

Hon. Edmund F. Brennan
U.S. MAGISTRATE JUDGE

SEALING ORDER