PHILLIP A. TALBER
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Nov 01, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING:<br><br>A. The residence located at 3161 36th Avenue, Sacramento, California;<br><br>B. The person of Roberto Daniel Gonzalez GOMEZ, DOB: \*\*-\*\*-1996, California Driver's License #\*\*\*\*7653;<br><br>C. Cellular telephone (916) 584-6644 used by Roberto Daniel Gonzalez GOMEZ, and any cellular telephone located on his person or under his control;<br><br>D. The 2017 Nissan Sedan, California License Plate #8NAX194 | CASE NO: 2:20-SW-283 EFB<br><br>ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 11/01/23

*Kendall J. Newman*
The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

ORDER TO REQUEST TO UNSEAL SEARCH
WARRANTS AND SEARCH WARRANT
AFFIDAVITS

1